IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| DAVON JONES, CORDELL YOUNG, | ) |
| | ) |
| Plaintiffs, | ) CASE NUMBER: 1:23-CV-00162-RAL |
| | ) |
| vs. | ) RICHARD A. LANZILLO |
| | ) CHIEF UNITED STATES |
| SERGEANT WALTERS, SERGEANT HEIDER, | ) MAGISTRATE JUDGE |
| | ) |
| | ) ORDER CONSOLIDATING CASE |
| Defendants, | ) IN RE: ECF NO. 1 |
| | ) |

Plaintiffs Davon Jones and Cordell Young have filed purported complaints, together with motions to proceed *in forma pauperis* at Case Numbers 1:23-cv-160 and 1:23-cv-162. Upon review, the proposed complaints are identical, with the exception that Young signed the complaint at Number 1:23-cv-160 and Jones at Number 1:23-cv-162. Each Plaintiff has filed their own motion to proceed *in forma pauperis*.

Accordingly, in Case Number 1:23-cv-162, the Clerk of this Court is directed to re-file the motion to proceed in forma pauperis (ECF No. 1), together with its exhibits and attachments, at Case Number 1:23-cv-160. Then, the Clerk is directed to close Case Number 1:23-cv-162 and terminate that case from the Court's docket.

ORDERED AND DATED this 9th day of August, 2023.

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE